No. 85–1476.   BLACKBURN, WARDEN v. FLOWERS.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 85–6147.   KING v. HEALY ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 85–6299.   ESQUIVEL v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.; and
No. 85–6365.   QUINCE v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 85–6299, 777 F. 2d 956; No. 85–6365, 477 So. 2d 535.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–1360.   CITY OF RENTON ET AL. v. PLAYTIME THEATRES, INC., ET AL., *ante*, p. 41;
No. 84–1636.   MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY v. MATHEWS, *ante*, p. 237;
No. 85–897.   KOWALCHUK v. UNITED STATES, *ante*, p. 1012;
No. 85–979.   SVENDROWSKI v. MISSOURI, *ante*, p. 1001;
No. 85–982.   SAMPSON v. RASKIN ET AL., *ante*, p. 1013;
No. 85–1050.   TRAHAN v. TRAHAN, *ante*, p. 1002;
No. 85–1090.   HUDNUT, MAYOR OF CITY OF INDIANAPOLIS, INDIANA, ET AL. v. AMERICAN BOOKSELLERS ASSN., INC., ET AL., *ante*, p. 1001;
No. 85–1115.   MOATS v. WICK, DIRECTOR, UNITED STATES INFORMATION AGENCY, ET AL., *ante*, p. 1017;
No. 85–1123.   TAYLOR v. UNITED STATES ET AL., *ante*, p. 1018;
No. 85–5386.   FLEMING v. KEMP, WARDEN, *ante*, p. 1058;
No. 85–5907.   LUMBERT v. DEROBERTIS, WARDEN, *ante*, p. 1022;
No. 85–5921.   IN RE MURPHY, *ante*, p. 1008; and
No. 85–5935.   SMITH v. SOUTH CAROLINA, *ante*, p. 1031.   Petitions for rehearing denied.